WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By: Sherle R. Flaggman
 Deputy County Attorney
 State Bar No. 019079
 Firm No. 00032000
 flaggmas@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 N. Central Avenue, Suite 1100
Phoenix, AZ  85004
Telephone 602.506.8541
Facsimile 602.506.8567

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Saldano,<br><br>　　　　Plaintiff,<br><br>v.<br><br>William Hogan,<br><br>　　　　Defendant. | NO. CV09-00539-PHX-SRB (LOA)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>(Assigned to Honorable Susan R. Bolton) |

　　　　Defendant William Hogan ("Defendant"), by and through undersigned counsel, and pursuant to Rule 83.3(b) of the Rules of Practice of the United States District Court for the District of Arizona, hereby notifies the Court, the Clerk of the Court, and the Plaintiff, that Deputy County Attorney Sherle R. Flaggman has substituted in as counsel for Defendant, in this matter, replacing Deputy County Attorney Randall R. Garczynski.

**RESPECTFULLY SUBMITTED** this 27th day of June, 2011.

                                                      WILLIAM G. MONTGOMERY
                                                    MARICOPA COUNTY ATTORNEY

                       BY:  /s/ Sherle R. Flaggman
                             SHERLE R. FLAGGMAN
                             Deputy County Attorney
                             *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Honorable Susan R. Bolton
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., SPC 50, Ste. 522
Phoenix, Arizona  85003

Donald Wayne Bivens
Nicole Anne Ong
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004-2202
*Attorneys for Plaintiff*


/s/ Nadxiely Valerio
\\Ca-civ-fs0\data\DATA\SHARE\COUNSEL\Civil\Matters\CJ\2011\CJ11-0037 Saldano v. Hogan\Pleadings\Notice of Sub of Csl from RG to SF 062711.docx